UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>    Plaintiff,<br><br>  v.<br><br>YEAGER FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; and Does 1-10,<br><br>    Defendant. | Case No.: CV 20-11423-GW-ASx<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets an Order to Show re: Settlement Hearing for March 29, 2021 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a dismissal, is filed by noon on March 25, 2021.

**IT IS SO ORDERED.**

Dated: January 28, 2021                   _____
                                          HONORABLE GEORGE H. WU
                                          United States District Judge