CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>   Plaintiff,<br><br>   v.<br><br>YEAGER FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; and Does 1- 10,<br><br>   Defendant. | **Case:** 2:20-CV-11423-GW-AS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Nehemiah Kong, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Yeager Family Limited Partnership, a California Limited Partnership 1; have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 5, 2021         CENTER FOR DISABILITY ACCESS

                             By:   /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorney for Plaintiff